[PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 14-13020

_____

D.C. Docket No. 1:14-cv-02119-WCO

TOMMY LEE WALDRIP,

Plaintiff - Appellant,

Versus

COMMISSIONER, GEORGIA DEPARTMENT OF CORRECTIONS,
WARDEN, GEORGIA DIAGNOSTIC AND CLASSIFICATION PRISON,
OTHER UNKNOWN EMPLOYEES AND AGENTS,
Georgie Department of Corrections,

Defendants - Appellees.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

(July 11, 2014)

Before HULL, WILSON and PRYOR, Circuit Judges.

WILSON, Circuit Judge:

Petitioner Tommy Lee Waldrip appeals the district court's order granting Defendants' Motion to Dismiss his 42 U.S.C. § 1983 action and Motion for Temporary Restraining Order and Stay of Execution.  On July 9, 2014, the Georgia State Board of Pardons and Paroles commuted Waldrip's sentence to life without parole.  Accordingly, Waldrip's appeal is moot and is hereby **DISMISSED.**